IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JUSTINO REYES, | : | Case No. 3:13-cv-29 |
| Plaintiff, | | District Judge Timothy S. Black |
| | : | Magistrate Judge Michael J. Newman |
| vs. | | |
| PROFESSIONAL EXPEDITING, INC., *et al.*, | : | |
| Defendants. | : | |

## CASE MANAGEMENT ORDER

This case has been referred to the undersigned for pretrial management. *See* doc. 15. The case will remain before the undersigned for all pretrial matters until the discovery cut-off date, unless the parties consent to full magistrate judge jurisdiction. *See* 28 U.S.C. § 636(c).

The parties are directed to the Court's website (www.ohsd.uscourts.gov) where they can find the General Order No. Day 12-01, which contains the procedures for all district judges and magistrate judges assigned to this case.

If the parties have a discovery dispute, they shall call the undersigned's chambers at (937) 512-1640 before filing a motion to compel. The Court will then schedule an informal discovery conference as soon as possible. Likewise, if the parties have other concerns (*e.g.*, the case calendar), or would like to discuss the possibility of a settlement conference, the parties are directed to call the undersigned's chambers at (937) 512-1640.

March 11, 2013                                         s/ **Michael J. Newman**
                                                              United States Magistrate Judge